UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-310 (NEB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO DISMISS** |
| JACK MELVIN THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Kristian Weir, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment against the above-named defendant without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

In accordance with several previous filings (c.f. Doc. Nos. 78 and 82), the government has long contemplated the dismissal of this matter, provided a feasible course of action could be established to ensure that the defendant would be committed to a private facility under careful and secured supervision and all concerns of safety to the public can be addressed and satisfied. This plan was set in place over a year ago and has been closely monitored. *See* Doc. No. 78, filed March 13, 2025. As noted in subsequent filings, the plan has been implemented to the satisfaction of the parties involved and the government therefore moves to dismiss the Indictment in the interests of justice.

2

Dated: March 23, 2026

Respectfully Submitted,

DANIEL ROSEN
United States Attorney


*s/ Kristian Weir*
BY: Kristian Weir
Assistant U.S. Attorney